FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 27 2010 ★

BROOKLYN OFFICE

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Jonathan Brau...**

   **CR 10 - 433**

2. Related Magistrate Docket Number(s):

   **TOWNES, J.**

   None (X)

3. Arrest Date:

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   U.S. v. Randolf Square et al., 08 CR 916 (SLT)

6. Projected Length of Trial:   Less than 6 weeks   ( )
   More than 6 weeks   (X)

7. County in which crime was allegedly committed: Staten Island
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Steven Tiscione
Assistant U.S. Attorney
718-254-6317

Rev. 3/22/01