FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 0 3 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America :
:
:
- against - : CR 10-433 (SLT)
:
Jonathan Braun :
:
------------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## MAGISTRATE JUDGE VIKTOR V. POHORELSKY

United States Magistrate Judge Viktor V. Pohorelsky has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Viktor V. Pohorelsky. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Viktor V. Pohorelsky.

By: _____
Assistant United States Attorney

_____
Defendant

_____
Attorney for the Defendant

Dated: 11/3/11
Brooklyn, New York

Before: s/Viktor V. Pohorelsky
VIKTOR V. POHORELSKY
United States Magistrate Judge

33