UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                      Case No. 10 Cr 433

V.                                            ORDER

JONATHAN BRAUN

        Defendant
_____x

1. Whereas, the defendant Jonathan Braun is charged in an Indictment No. 10 Cr. 433 which is currently pending before this Court charging a violation of 18 U.S.C. 952 (a), 960 (a)(1) and related counts and;

2. Whereas, on or about Nov. 10, 2011 defendant was released from custody pursuant to an Order Setting Conditions of Release and Bond ["The Bond"] dated Nov. 10, 2011 which was issued by Magistrate Judge Victor Pohorelsky and approved by this Court, and

3. Whereas, the bond amount is Eight Million ($8,000,000) Dollars and said amount being secured by various properties against which liens have been filed in order to secure said properties to the benefit of the United States of America, and

4. Whereas, one of those properties is located at 239 Prospect Place, Brooklyn, New York, 11238 and is owned by Joseph Streicher who is also a co-signer [No. 10] on the Bond and,

5. Whereas, Joseph Streicher wishes to withdraw said property as security for the Bond and,

6. Whereas, Joseph Streicher wishes to substitute an additional property which is located at 1865 53rd St. Brooklyn, N.Y. 11204 which is his residence as security for the bond and;

7. Whereas, said property presently has an equitable value of approximately One Million Five Hundred Thousand [$1,500,000] Dollars and;

8. Whereas, Joseph Streicher has executed a Confession of Judgment in an amount of Eight Million [$8,000,000] Dollars running in favor of the United States of America as against said property which judgment becoming operable when and if defendant shall fail to appear before the Court for any required appearance and;

9. Whereas said Confession of Judgment was filed on August 16, 2012 in the Office of the County Clerk, Brooklyn, New York and a copy of same is attached to this Order and;

10. Whereas this Court has previously required as a condition of the execution of this Order the filing of affidavits by all co-signatories to the bond stating their consent to said property substitution and;

11. Whereas pursuant to said direction of the Court a filing of all said affidavits having being filed with this Court on August 15, 2012 and;

12. Whereas the Office of the United States Attorney has agreed to the substitution of properties as described herein it is hereby,

13. ORDERED that the property located at 239 Prospect Place Brooklyn, New York 11238 be released as security for the Bond and that all liens whether in the form of a confession of judgment or mortgage or otherwise and which are presently lodged against said property and running in favor of the United States be and hereby are deemed as satisfied such that no lien running in favor of the United States shall remain as against said property, and it is hereby

14. ORDERED that the property located at 1865 53rd St., Brooklyn, New York 11204 be substituted as security for said bond.

s/ SLT  
Hon. Sandra L. Townes, U.S.D.J.  

8/31/12

®  X 245—Confession of Judgment. Ind. or Corp. Blank Court.   ©19..         ..OF. INC., PUBLISHER, NYC 10013
Blumberg's Law Products                                                                     www.blumberg.com

SUPREME **COURT**
COUNTY OF  KINGS                                                          ..dex No.

UNITED STATES OF AMERICA

*Yosef*                                 *Plaintiff(s)*                    ..FFIDAVIT OF
~~Yoseph~~           against                                              ..ONFESSION OF
~~JOSEPH~~ STREICHER                                                      JUDGMENT

                                        *Defendant(s)*

STATE OF NEW YORK, COUNTY OF  KINGS

   *Yosef Sjmeichocg*              ~~being duly sw..~~              ..says that deponent is
~~Xxxxx~~  *jr*                                                            *11 204*
  ~~x~~         of  *1865 53rd St*                                        ~~..behalf of the corporate~~
~~defendant herein.~~           ~~corporation and is duly authorized to make th..~~

   The defendant hereby confesses judgment herein and authorizes a..      against defendant in the
sum of $  *8,000,000*   *eight million dollars*
   Defendant resides at  1865 53rd Street Brooklyn, 11                    ..endant authorizes entry
in the County of  Kings         State of  New York                        .is not in New York State.
of judgment in
                                County, New York, if said resid..        ..he plaintiff arising from

   This confession of judgment is for a debt justly* to become            ..
the following facts:                                                      ..
   If and when the United States District Cour..                          .. Eastern
District of New York shall issue an order forfei..                        .. bond and
the properties securing said bond in the case of ..                       ..States of
America v. Jonathan Braun case no.10 cr 433 (SLT

                                                                          2012 AUG 16  PM 4:06
                                                                          KINGS COUNTY CLERK
                                                                          FILED

   *This affidavit, if made in connection with an agreement for the pur..*    ..1,500.00 or less of any com-
*modities for any use other than a commercial or business use upon any pla..*  ..rred payments whereby the
*price or cost is payable in two or more installments, was executed subsequ..* ..time a default occurred in
*the payment of an installment thereunder.*
                                        *Krista Werns*
*Sworn to before me this* *16th*
      *day of* *August, 2012*    KRISTA WERNS
                                 Notary Public, State of New York
                                 No. 04WE6219517                          ..ust be printed beneath
                                 Qualified in Kings County
                                 Commission Expires March 29, 2014    JOSE..  ..REICHER
                                                                      *Yos..*
† Strike out matter in parentheses if defendant is individual.
* Insert words "to become" if debt is not yet due.
** If in a city court, insert name of court, UCCA §1403.

| | | |
|---|---|---|
| SUPREME COURT | | Index No. 16904/12 OK |
| COUNTY OF KINGS | | Address of Plaintiff: |
| UNITED STATES OF AMERICA | Plaintiff(s) | US District Courthouse |
| against | | 225 Cadman Plaza East |
| JOSEPH STREICHER | Defendant(s) | Brooklyn, NY 11201 |
| | | JUDGMENT BY CONFESSION |

| | |
|---|---|
| Amount Confessed | $ |
| Interest | |
| Costs by Statute | ~~200.00~~ |
| Transcript | 15.00 |
| Fees on Execution | ~~35.00~~ |
| Satisfaction | |
| Filing Fee | 210.00 |
| | Total 225.00 $ |

STATE OF NEW YORK, COUNTY OF KINGS

**ATTORNEY'S AFFIRMATION**

The undersigned, an attorney admitted to practice law of the State of New York, affirms that he is

attorney(s) of record for plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under penalties of perjury.

Dated: 8/16/2012

Print Name Beneath Signature

JUDGMENT entered
On filing the foregoing Affidavit of Confession of Judgment made by the defendant herein, sworn to
the _____ day of _____
NOW, ON MOTION of United States Attorney Eastern District of New York
attorney(s) for plaintiff, United States of America
ADJUDGED that the plaintiff,

residing at U.S. District Courthouse 225 Cadman Plaza East, Brooklyn N.Y. 11201
do recover of Joseph
          1865                                                      defendant ,
residing at          Brooklyn N.Y. 11204
the sum of $ 8,000,000    interest of $ 0    making a total of $ 8,000,000.00
together with $ 225   costs and disbursements, amounting in all to the sum of $ 8,000,225.00
and that the plaintiff have execution therefor.

_____ Clerk

Index No.

SUPREME COURT
COUNTY OF KINGS

UNITED STATES OF AMERICA
Defendant(s)

JONATHAN BRAUN

**Affidavit and Judgment by Confession**

UNITED STATES ATTORNEY
EASTERN DISTRICT OF
NEW YORK

Attorney(s) for Plaintiff
Office and Post Office Address
271 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201
(718) 254-7000