# RICHMOND CAPITAL GROUP, LLC

September 8, 2017

**RE: *JONATHAN BRAUN***

Dear Judge

    Kindly consider this letter regarding Jonathan Braun when he appears before you for sentencing. While I do not know of the details of Jonathan's arrest or conviction for marijuana, I can attest to his character for the past four-plus years as an employee of Richmond Capital Group, LLC.

    The Jonathan that I know is a dedicated, hardworking member of my staff, and has risen to the position of Senior Funding Manager. This company, of which I am the Managing Partner, is in the financial field and trust in our employees is not taken lightly. During the time that Jonathan has been an employee here, it is not uncommon that he works 12 hour days, and is always on time for work the next morning. I also know that in these past few years, that Jonathan has married, and has two beautiful children, whom I am sure will all, not only miss him but will be denied his guidance as they grow, if sent to prison.

    While I do not wish to mitigate the severity of the charges against him at the time of his arrest and conviction, it seems that many standards in the country have evolved in that the sale of marijuana is now legal in many states. Thus it appears that if he is sentenced to incarceration in prison the Court will simply ignore the good that he has done and accomplished since his mistake in his life – which in some jurisdictions in no longer a crime.

    It is because that I believe that everyone should be given a "second chance" and Jonathan has proven that he can and has become a good citizen since his arrest, that I am writing to you on his behalf.

    Thank you for your kind attention and should you need to speak with me, please do not hesitate to call me directly at ▮▮▮▮▮▮▮▮▮▮

Respectfully,

Robert L. Giardina
Managing Partner