Dear Honorary Judge ,

I am writing to you on behalf of my husband Jonathan Braun.

My husband means the world to me and even more so to our children. Although I did not know him prior to the issue at hand taking place , I feel like he has genuinely changed, and of course I believe he changed for the better. I can not even begin to imagine him acting in such a manner currently, he is literally the hardest working human being I have ever seen and an extremely dedicated father and husband. Jonathan has only been in my almost 29 years of life for under 5 years now and I can't imagine doing it on my own with out him. We have discussed at times what he has done wrong and what he's been through and although he suffered he also accepts the fact that he has done things wrong at times. He has proven to take all the positives that can possibly remain after going through a negative time in his life. I personally get to witness it on a day to day basis and truly love him. I hope every one can see Jonathan for the person he really is and became , and allow him to have the chance at a healthy normal life with myself and our children. I'm very concerned at all times for his well being and pray each and every day that we will finally have a chance at having a normal marriage and companionship since we have yet to experience it like couples who have 100% of their freedom. I'm not going to make excuses or belittle what has gone on in the past, I just know he has learned his lesson and became stronger and grew up tremendously from this huge wake up call that he experienced in his life. Jonathan knew going in this marriage he would have to take care of me in certain circumstances. When it comes to bills, Jonathan makes sure it gets paid and is doing a great job providing for me and our two kids. ▇▇▇▇ who is 4 and ▇▇▇▇▇▇▇▇ who is 2 years old. He is phenomenal when it comes to our children.  Our 4 year old daughter and 2 year old son rely on him to be dropped off at school and stand waiting for him at the door when he comes home each day from a long days work. Jonathan has been putting them to bed at night majority of the time, it may have started when he was not entitled or permitted to be outside of our home during non work scheduled hours, however even now when he is permitted to, he will always make sure to be home prior to the children's bed time so he does not miss the chance to put them to sleep each day. He has an amazing bond with our kids and is the best at calming them down when they have tantrums. We are expecting another baby in July, and he has gone with me to every doctors appointment.  When I had to have surgery for my gallbladder, Jonathan  made sure I had the best doctors and was up at night with me when I was in pain trying to make me feel better. He always helps me calm down when I am feeling anxious and always knows what to say to make me feel better. I need him to put this behind him fully and our children need him to as well, it is something we all have been looking forward too for quite an extended period of time. At first I used to believe I am being punished for his prior mistakes, now I believe everything

happens for a reason and if it's meant to be a certain way it's typically for the best.

I love my husband dearly and need him to be a part of my life and help me raise our young children together. Please consider and apply leniency in his sentencing as I am sure he will prove to be an excellent husband and father to our three children to continue to grow and be an essential part of our family.

With sincere gratitude and appreciation,

Miriam Hurwitz