Dear Judge,

We are writing on behalf of our son Jonathan Braun. In the last 8 years we have seen a large part of Jonathan change. He has become a success in business and at his job and works hard from morning to night to support his family . He is a terrific dad and husband and he loves the family that he has created with his wife Miriam. It would be terrible if his sweet children would not have him in their life. He is a good man and deserves a chance to be free to take care of his family. Jonathan has a baby due in July and it would be a terrible shame if he could not be there to support his wife and meet his new baby. They need him and we are at your mercy begging for you to show compassion for Jonathan Braun. We know if he is given the chance he will show that he will be a model citizen in the community. Please give him this chance and set him free.

With Sincere Appreciation,

Mr. & Mrs. Jacob Braun