Honorary Judge,

    My name is Shannon Braun Miller and I am Jonathan's younger sister. We were always very close growing up not only because we were a year a part but because Jonathan was always there looking out for me. Jonathan was and is the brother that every girl needs. He continues to want only whats best for my sister and I, along with the rest of the family. Even after I got married and had a family of my own Jonathan remained a big part in my life. When my son was just 10 months old I had a stroke and Jonathan was the first at the hospital and would not leave. He remained right there by my side and made sure everything would be okay.

    I understand that people make mistakes and Jonathan made some mistakes in life. This has not taken away from his unbelievable character as a person. He has stood by his family and started a new life of rebuilding himself. Jonathan started a family of his own and I would love to see him get a second chance to be able to continue to be there for his wonderful wife and two beautiful children with one on the way. Jonathan is an amazing husband and father who supports his family and will continue to do what is right and in his families best interest.

    Please allow Jonathan to continue to grow as a person and move on from his mistakes. I can assure you will be proud as he continues on his journey to success as an upstanding citizen and a contributing member of society.

    Thank you for your time,

    Shannon Braun Miller