Honored Judge

I know Jonathan Braun for 5 years now. He is married to my daughter, and Thank G-D blessed with 2 sweet beautiful children and in the coming month they are expecting their third child.

He is raising a beautiful family, he takes excellent care of them and they are his life. He thinks about his wife and children 24/7 as his Father in Law I see it all the time. I must say that since the first time I met Jonathan until now, he is an extremely excellent and caring husband and an excellent father to his children.

 Jonathan is looking forward to the birth of his new baby soon. He is accepted by my whole family and we all love him. He has been a fine man in his community, synagogue and with his neighbors. Please, Dear Honor, there is a wonderful growing family here. His wife and children need their husband and father. Please give this serious consideration. Thank you so much.

Yours truly,

Sholom Hurwitz