To the Sentencing Judge:

I am writing to plead for your leniency when sentencing Jonathan Braun who is my friend since childhood.

I have known Jonathan for over 30 years, and I can assure you that the subject circumstances which Jonathan has been implicated in, are not indicative of the kind of person he truly is. Jonathan made a terrible mistake, for which he is tremendously sorry, and I can only hope that will heavily on your mind when you make your decision.

Jonathan has been working to make amends for his infractions, which is evident by his transitioning into traditional family life as a committed husband, and proud father of two children.

He deeply regrets his past actions which he now looks back on with distain, and embarrassment. He is deeply remorseful, and only wants to do what he can to at least try to make things better.

Jonathan is a father, and his children need him to be a part of their lives. So I ask that you please use your best judgment, but make it possible that Jonathan can remain with his family.

Thank you for your time.

Sincerely,

David B. Feder