בס"ד

# CHABAD LUBAVITCH OF STATEN ISLAND

289 Harold Street • Staten Island, NY 10314
Tel: 718.370.8953 • E-mail: info@chabadsi.com

June 5, 2018

Hon. Judge
United States District Court for the Eastern District of New York

Dear Hon. Judge,

My name is Rabbi Moshe Katzman and I have served as a rabbi in Staten Island for over 25 years.

I have known Jonathan Braun for many years and have had many opportunities to counsel him since his release from prison.

I believe that despite his past mistakes, Jonathan is a good person. He has married and is raising a family as a good parent and supportive spouse. I believe that Jonathan will be a useful and a law abiding citizen given the chance. Jonathan has pursued higher education, is employed and continues to seek mentoring and assistance to continue his rehabilitation.

I remain available to offer Jonathan supportive and worthwhile advice and encouragement to ensure that he continues to grow in responsible citizenship.

Yours truly,

*Rabbi Moshe Katzman*

Rabbi Moshe Katzman