Your Honor,

I am pleased to write this character reference letter on behalf of Jonathan Braun who is appearing in your court. I ask that you accept this letter as a sincere appraisal of his person and true character.

I am Leor Moshe. Jonathan and I have been best friends since childhood and I believe I am in a good position to tell of his true character.

I can attest to the court that outside of the instant offense, Jonathan is a man of good character; he is community-oriented and dedicated to his family. He is a hardworking person who often goes out of his way to help others. As a friend, I have known him to be a motivated person whose positive attitude and work ethic are highly contagious. He is a good father and husband who takes full responsibility of his family. I am aware that he likes to spend time with his kids and they may not have the psychological strength to handle separation from their father. Jonathan has expressed great remorse concerning this issue and I have never seen him with such a remorseful countenance.

Based on the foregoing, and in light of Jonathan's self-awareness, I hope that you will handle his case with leniency.

Thanks for your consideration,

Leor Moshe

Scanned by CamScanner