June 5, 2018

To whom it may concern:

It was brought to my attention that some letters from various friends and associates who know Jonathan Braun might be called upon to write about the wonderful transformation that Jonathan has made since his ability to live at home in Staten Island.

As a next door neighbor of Mr. and Mrs. Jacob Braun I have had a tremendous amount of time to observe the wonderful transformation that Jonathan Braun has gone through under extremely arduous and emotionally trying times. Jonathan has worked continuously to be a good husband, friend and now father of two.

With his tenacity and perseverance he has managed to establish himself in the business world as a true professional and a leader to others in his own business community.

Jonathan has always held family as the most important part of life. And now with his own family growing and having the opportunity to partner with his wife and mentor to his children his happiness is always evident.

As a businessman, neighbor, community member, husband and father, Jonathan, has truly developed into a man that I am happy to have in our community. I expect him to be an asset for all of us.

Sincerely,

Joan Weissman