June 6, 2018

Dear Honorary Judge,

My name is Benjamin Miller. I have a PhD in clinical psychology, and am Jonathan Braun's brother-in-law. I often deal with the courts and forensic evaluations. I therefore feel sure after knowing Jonathan for more than ten years that he has changed for the better. I have seen Jonathan's life evolve; he has become a settled man and has become a family man. His wife and children are most important to him. Jonathan works hard daily to provide for his family. His goal is to be a good husband and father. Although Jonathan has made his share of mistakes, he has taken his life and turned it around. He has worked hard on becoming rehabilitated and is an honest, hard-working individual.

On behalf of myself my wife and our family we ask that the court show mercy and give Jonathan a chance to prove himself to society and show that he truly deserves freedom and a chance to bring his children up with his wife Miriam.

Yours Truly,

Benjamin Miller, PhD
Psychology Postdoctoral Fellow