To Honorary Judge,

       I am writing this letter to ask of you to try be lenient when you look over the case of Jonathan Braun. He is an amazing young man, who has been like a son to us. Sometimes people make mistakes and he has learned from this. We all make mistakes. As a young boy he was fun and loving. As a young man he is a loving father, husband, son and friend. He has a loving strong family and friends that support him in every way. Soon to be a new father, please, please allow him to be with his family and to watch his children grow up to be giving adults. His family needs him and he needs them. He is one person that is deserving of your clemency.

       Thank you for allowing us to express our feelings and support for this young man.

Sincerely Judy and Dov Moshe