# YOUNG ISRAEL OF STATEN ISLAND



835 FOREST HILL ROAD · STATEN ISLAND, N.Y. 10314 · TEL: 718-494-6700 · FAX: 718-494-6686 · WEBSITE: WWW.YISI.ORG

ב״ה

**YAAKOV LEHRFIELD**
*Rabbi*

**JAY MARCUS**
*Rabbi Emeritus*

**JOSHUA STURM**
*Assistant Rabbi*

**BOARD OF DIRECTORS**

**ROBERT ROSENBERG**
*President*

**DANIEL SLOMNICKI**
*First Vice President*

**LEAH WASSERMAN**
*Second Vice President*

**ALAN ZACHTER**
*Third Vice President*

**SAM SCHUSTER**
*Treasurer*

**ZALMAN INDIG**
*Financial Secretary*

**SHEA WEISS**
*Recording Secretary*

**ELIZABETH WEINTRAUB**
*Corresponding Secretary*

**ALLAN GOMBERG**
*Director-At-Large*
Fundraising

**BENJAMIN SILBER**
*Director-At-Large*
General Operations

**URI GERTELMAN**
*Director-At-Large*
House

**MARK WEISS**
*Director-At-Large*
Public Affairs

**LOUIS EMMER**
*Immediate Past President*

**PAST PRESIDENTS**
MELVIN H. ROSENBERG Z"L
IRVING FORMAN
DR. MARVIN BLUSH
BARRY LAMPEL Z"L
LESTER WEIDEN
JOSEPH BARATZ
LEONARD FEDER Z"L
HAROLD ZAVIN Z"L
MARTIN LEVINE
DAVID BERG
EZRA RHEIN
DR. ALLAN D. NOVETSKY
DONALD FRIEDLANDER
LOUIS KAPLAN
SHELDON MEINER
BENSON MOTECHIN
ARTHUR FARKAS
SHELDON MEINER
BENSON MOTECHIN
GEORGE KOHN
IRA GIDON
MEL ZACHTER
ALBIE ZACHTER
MOISHE BERKOWER
MOTI SCHWARTZ
BRUCE FEDER
RICHARD FROHLICH
MOISHE BERKOWER
ZAVEL PEARLMAN

June 5, 2018

Honored Judge

Dear Honored Judge,

My name is Rabbi Yaakov Lehrfield. I have served as Rabbi of the Young Israel of Staten Island for many years. I have known Jonathan Braun for twenty years and have had many opportunities to counsel him while he was incarcerated and since his release from jail.

Despite his past mistakes I have seen Jonathan grow as a person by going to work on a daily basis. He has become a real family oriented man.

Four and a half years ago I had the honor to officiate at his wedding to his wife Miriam. I see him raising a beautiful family, being a good father and supporting spouse. I believe, given the chance, he will continue to be a good hardworking father and spouse for his family.

Jonathan is employed full time and continues to get counseling towards his growth and full rehabilitation. I am always available to Jonathan for advice and encouragement to ensure his continued growth in society.

Thank you.

Yours truly,

*Rabbi Y. Lehrfield*

Rabbi Yaakov Lehrfield

והשיב לב אבות על בנים ולב בנים על אבותם