**MORTON KATZ**

ATTORNEY AT LAW

132 NASSAU STREET, SUITE 900

NEW YORK, NEW YORK 10038

**Tel. NO.: 1(212) 267-6019**          **Fax.: 1(212) 619-2340**          **E-Mail.: JUSTMORT41@AOL.COM**

December 14, 2018

**VIA ECF**

Honorable Kiyo A. Matsumoto

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York

> RE: **United States v. Jeremy Fistel**
> **Criminal Docket No. 10-CR-433(S-1)(KAM)**
> **Sentence Memorandum and Addendum**
> **Sentencing Date: February 21, 2019 at 11:00 AM**

Dear Judge Matsumoto,

The following letter memorandum is submitted in support of Jeremy Fistel for the Court's consideration regarding the appropriate and just sentence to be imposed herein. Mr. Fistel is respectfully seeking a sentence below the guidelines of no prison time and no Supervised Release.

We respectfully submit that this sentence is a reasonable sentence pursuant to 18 U.S.C.§ 3553(a), U.S.C.§3553(e) factors and a letter to be filed by the Government pursuant to U.S.S.G 5K.1.

**Preliminary Background**

Mr. Fistel stands before the Court for sentencing as a result of pleading guilty on November 9, 2012 before Magistrate Judge Pohorelsky to Count 2 of the Superseding Indictment charging a Conspiracy to Distribute and Posses with Intent to Distribute at least 1,000 kilograms of Marijuana in violation of Title 21 U.S.C.§846, 841(a)(1), and 841(b)(1)(A)(vii). This plea of guilty was made pursuant to a cooperation agreement.

## Argument

The sentencing guidelines as set forth in the Probation Department's Pre Sentence Investigation Report (PSI) dated February 5, 2008 indicates a total offense level of 25 with a guidelines range of 57-71 months. The Defendant did safety valve (U.S.C.§3555(e)) and cooperated timely, fully and truthfully with the Government.

Although the guidelines range is 57-71 months, a non-prison sentence is suggested for a variety of reasons.

Mr. Fistel, the defendant will be 38 years old on August 28, 2019. Approximately 7 years ago Mr. Fistel received a phone call to his cellphone at work at John Hancock in Boston, from a Federal Agent asking him to surrender himself within the next 2 weeks at the DEA office in Long Island to be arrested on Marijuana Distribution charges. Mr. Fistel voluntarily and timely surrendered on December 7, 2011. He was arrested, arraigned and released on bond secured by two sureties and returned home to Boston on Pre-trial supervision.  Mr. Fistel pled guilty a year later on November 9, 2012 to Count 2 of Conspiracy with others to Distribute and Possession with Intent to Distribute at least 1,000 kilograms of Marijuana.

To Mr. Fistel's credit approximately two(2) years before receiving a call from a DEA Agent to turn himself in on theses charges, Mr. Fistel walked away from the Marijuana business and the groups of individuals with whom he had been associated. Mr. Fistel had made a decision 2 years prior to his arrest to give up his illicit dealings and find real, honest and productive employment. (See **Ex. A 1-6 Jeremy Fistel, Avaraham Ebenstein, Yair Rozmaryn, Stephen Apicco, David Fistel and Rabbi Jeremy Fierstien**).

Mr. Fistel, who attended the University of Maryland and graduated from there in 2004 with a Bachelor's degree in General Business entered the legitimate business market in May 2010, and obtained employment as a Benefit Specialist temp at John Hancock Financial Services. In February 2011 he was hired by John Hancock full time as a Benefit Specialist with salary and benefits. As of the date of this letter he has maintained steady full time employment at John Hancock. He is employed there now in a position as a Product Implementation Analyst. (See PSR at ¶ 71).

As stated in the Addendum submitted by our Forensic Social Worker "If there ever was an individual who has worked very hard to succeed in so many areas of his life during ab extended period of pre-trial supervision, that person was Jeremy Fistel". (See Addendum at pg. 2 ).

Mr. Fistel was very fortunate that his supervisor at John Hancock, Stephen Apicco after learning of his arrest for these charges gave him the benefit of the doubt because of his work ethic and allowed Mr. Fistel to continue in the employ at John Hancock. To this day he has not disappointed his employer. (See **Ex. A4-Letter from StephenApicco - Mr. Fistel's former supervisor**). Mr. Fistel has been promoted steadily in his employment obtaining numerous certifications. (See PSR at ¶ 67) and earning excellent job performance reviews. (See **Ex. B- His most recent 2018 Mid-Year Performance Review by Carla L. Burke, his manager extolling the "great job" he is doing**.)

To demonstrate this was a sincere change of life for Jeremy Fistel, along with steady full time legal work, I am submitting the following exhibits showing he got involved in voluntary community services. Every summer since 2012 Mr. Fistel has performed voluntary community service hours as a table facilitator mentoring children in John Hancock's Martin

Luther King Summer Scholars Program (See **Ex. C- Latest confirmation letter from MLK Summer Scholar Program, dated Sept.14, 2018 and in Addendum where he was a voluntary spotlight at MLK Summer Scholars. Also Mr. Fistel completed 45.5 hours as of February 2014 of volunteer Community Servings helping prepare and delivering meals to individuals and families living with critical and chronic illness. (See Ex. D- letter from Community Servings**)

Illustrations of how Mr. Fistel has turned his life around 180 degrees as mentioned in the above paragraphs should not be construed as an attempt to avoid responsibility for Mr. Fistel's past actions involving Marijuana distribution.

Soon after Mr. Fistel voluntary surrendered, arraigned and released on bond he agreed to timely, fully cooperate with the US Attorney's office and accept responsibility for his actions. Mr. Fistel for the past 7 years while gainfully employed and moving on with his life has always been available and ready as necessary to confer with and/or testify as the Government required.

Although Mr. Fistel was able to better his life while awaiting sentence he also experienced hardship as the Addendum indicates on pg. 3 and pg. 4. For example, anxiety of his unknown future, the fear of commitment in a relationship contributed to hindering a successful relationship and travel restrictions, etc. (See **Ex. E- latest letter of David Poles, LMCH dated Dec. 5, 2018, who has counseled him for the past 7 years and see PSR ¶53 and ¶54**).

Aside from Mr. Fistel's success at his job he has taken on the added responsibility as the head of the family. (See Addendum pgs.8 thru 11) further detailing how Mr. Fistel matured not only as a responsible employee but became the mainstay of his family by stepping up and taking over family responsibilities when his father suffered a heart attack and past away in February 2014. The Addendum details the fact that Mr. Fistel did and is doing the best he could and is continuing to comfort his mother and take the place his father, as the stabilizing figure in the life of his younger brother Josh, who lives with his mother and is developmentally challenged.

Mr. Fistel's assuming of added family duties is best illustrated by his brother, David's statement after their father past away when he said on his father's death that Jeremy stepped in. "I am truly indebted for him (Jeremy) for being there. He has shouldered that burden with a loving and caring heart". (See Addendum at Pg. 10 and **Ex. A-5**). Jeremy's older brother, David Fistel, was not able to undertake these responsibilities since he lives with his wife and 3 children in Long Island, N.Y.

In a related case, **USA v. Karidi, CR-09-00868(ILG)** defendant Odede Karidi, on January 26, 2010 pled guilty to Conspiracy to Distribute Marijuana in violation of Title 21 USC 846. On April 26, 2017, Judge I. Leo Glasser imposed on defendant Odede Karidi a non jail sentence (time served).

### Conclusion

Wherefore, based on the above stated reasons set forth in my letter, Addendum prepared by our Forensic Social Worker, all character letters in support of Mr. Fistel, the fact that Mr. Fistel has successfully completed seven(7) years of Pre-Trial Supervision (12/7/2011- to date of this letter) without any violations, and those reasons that will be set forth in open Court, Mr. Fistel respectfully suggest that a non jail sentence and no supervision release is reasonable and just under the sentencing factors as set forth in 18 U.S.C.§3553(a), U.S.C.§ 3553(e) factors, and a letter to be filed by the Government pursuant to U.S.S.G 5K.1. the above sentence complies with Title 18 U.S.C. 3553(a)(2)A-D and is in the interest of justice.

Thank you for your Honor's consideration of this submission.

Respectfully submitted,

Morton Katz - Attorney for Jeremy Fistel

CC: AUSA Craig R. Heeren (via ECF)
    Victoria Main (via ECF)
    US Probation Officer
    John Meringolo (via ECF)
    Attorney for Jonathan Braun

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA

vs.

Jeremy Fistel


ADDENDUM TO

DEFENDANT'S PRESENTENCING MEMORANDUM


Docket No.: 0207 1:10CR00433(s-1)-003

Date:  December 12, 2018

Prepared for:  The Honorable Kiyo A. Matsumoto

United States District Judge

Prepared by:   Christopher J. Rushton, LCSW

Forensic Social Worker


Assistant U.S. Attorney

Craig R. Heeren

271 Cadman Plaza East

Brooklyn, NY 11201


Defense Counsel (Retained)

Morty Katz

132 Nassau Street (Suite 900)

New York, NY 10038

Dear Judge Matsumoto:

The following is submitted in support of Jeremy Fistel (DOB 8/28/81) who pled guilty on November 9, 2012, before Magistrate Judge Pohorelsky to Count 2 of the Superseding Indictment, charging a conspiracy to distribute and possession with intent to distribute at least 1000 kilograms of marijuana in violation of Title 21 U.S. Code section 846, which carries a ten-year mandatory minimum sentence. Because the United States Sentencing Guidelines are advisory, the Court is empowered to use a fluid standard in determining and imposing a sentence "no greater than necessary." Mr. Fistel respectfully suggests that an analysis of the factors set forth in 18 U.S.C. 3553(a), and the U.S.S.G. 5K.1 letter to be filed by the government, indicates that a non-Guideline sentence is warranted.

By seeking a non-Guideline sentence, neither Mr. Fistel nor defense counsel is minimizing the seriousness of his actions or denying his responsibility for the offenses committed.

.                    .                    .

## I.    Introduction

If there ever was an individual who has worked very hard to succeed in so many areas of his life during an extended period of pretrial supervision, that person was Jeremy Fistel.

Since December of 2011 – for 83 months – he has remained substantially in compliance with the guiding hand of the **United States Probation and Pretrial Services**. This process has entailed:

- providing regular proof of gainful employment (paystubs);
- on-site examinations of his residence;

1

- weekly telephonic reporting for the first years, then advancing to monthly online reporting;

- undergoing more than 120 urine drug tests; deemed no longer necessary by Pretrial Services since April 2018;

- weekly, bi-weekly, then monthly sessions with David Poles, a Licensed Mental Health Counselor, Certified Rehabilitation Counselor, and Licensed Alcohol and Drug Counselor.

These requirements have helped to shield him from illicit substances and criminal behaviors, while supporting him in his efforts to restore personal and family ties, to develop a professional career, and to reintegrate to the community as an involved citizen. Truly, in this sense, the Service has fulfilled its organizational goals: ensuring his compliance with court-ordered conditions; protecting the community while promoting fair, impartial and just treatment throughout his supervision. But perhaps most importantly of all, the Service has facilitated long-term, positive changes in defendant through proactive interventions. For example, since supervision has begun, Jeremy has worked full-time at **John Hancock Life Insurance Company** *and* has been repeatedly promoted for his efforts. Further, he has been volunteering many hours and making donations to local community organizations to make amends to the community at large.

It can be said that the supervision of Jeremy Fistel – and his life since the day of his voluntary surrender and willingness to cooperate with the Government – has been a real success story. At the same time, over the many years, there have been personal hardships and challenges for him living under the conditions of supervision. These things Jeremy has fully accepted as justified consequences for his own wrong choices and illegal behaviors of ten years past. "I

2

know what did was wrong and harmful to the community. Therefore, I have learned to accept the consequences without bitterness. I have lived in the shadow of my own actions for these many years but I've done everything I can to rebuild my life."

## II.    Unintended Consequences

Never one to complain about the conditions of his supervision, Jeremy has humbly endured a number of unintended consequences of his wrongdoings, forging ahead nonetheless, bringing love and caring to family members in need; building a modest yet successful career in the insurance industry; and voluntarily assisting with many community causes and programs to help those less fortunate.

The unintended consequences have included:

➢ *Anxiety* related to his arrest, supervision, impending sentencing for 8 years, uncertainty about his future, and fear of incarceration – a condition for which he has been diagnosed and treated for many years;

➢ *Single/Unmarried status* due to his inability to make a long-term commitment to another, not knowing if he would be incarcerated in the future;

➢ *Shielding his mother* from the truth about his arrest and impending sentencing, a promise he made to his dying father;

➢ *Surrendered passport/Travel restrictions* have severely limited his ability to travel in the U.S. and abroad, specifically to Israel where he hopes one day to visit friends and family with his mother.

In spite of these factors, Jeremy has excelled in his reform of self and his social network. He unabashedly admitted, "I started close to the bottom." He has been attending monthly

3

sessions of psychotherapy, life-coaching, and substance counseling with Mr. David Poles, a Massachusetts State-Licensed Mental Health Counselor (LMHC), a Certified Rehabilitation Counselor, and Licensed Alcohol and Drug Counselor.  According to Jeremy, therapy and coaching have been an important lifeline for him.  In regular sessions with Mr. Poles, he has found an oasis from the significant personal and familial challenges over the years, including but not limited to: his arrest in 2011, his father's death from a heart attack in 2014, the passing of his paternal grandmother and grandfather, and ongoing developmental and medical issues facing his younger brother, Joshua, at age 34, including a recent neurosurgical operation (more on this below).

### III.    John Hancock

In May of 2010, he landed a temporary position as a Benefit Specialist at John Hancock, earning $18 an hour working on a per diem basis – without benefits.  Within ten months, the firm hired him as a full-time employee – this time with benefits.  Based on his on-the-job performance, a year and a half later he was promoted to Senior Benefit Specialist.  While working full time, he gained certifications, and in July of 2013 he was promoted to Business Analyst I.  By April 2015, he was a Business Analyst II, after having successfully completed a large project for his department.  Three months later, he was moved up within the company as Product Implementation Analyst, "a highly competitive position," significantly boosting his career, responsibilities, and compensation.  Clearly, Jeremy continues to prove himself at John Hancock, and the firm, in turn, has depended on him to get the job done while rewarding him for his efforts.

It was at the end of his first year at John Hancock that Jeremy was arrested in this case and a couple of years since he had been criminally involved. Through it all – through sheer willpower and determination – he has held onto the job.

Recently, Jeremy said, "Work is great" – now in his eighth year at John Hancock, where he continues "to take on increased responsibility and new challenges." A recent mid-year performance evaluation was – once again – indicative of his work ethic. His supervisor, Mr. Stephen Appico, wrote, "Jeremy has done a great job thus far overseeing" a pilot program at Hancock, indicating that he seemed to have him in line for a new position. (Please see Exhibit A-4, letter from Stephen Appico.) "We are hoping to add 'Agent Compensation Expert' to his many talents by bringing him into some other projects." He added, "Jeremy has a 'can do' attitude and is always willing to help out where he can." In such a highly competitive field of insurance, these kinds of accolades coming from his supervisor spoke volumes to his commitment to the firm and his own personal ambitions.

His work with John Hancock is not only emblematic of his dedication and responsibilities to his employer, it is indicative of his serious efforts to reenter the community as a productive, taxpaying citizen. But Jeremy's entire career, at this very juncture, is literally on the line. If he were to be incarcerated for any period of time whatsoever, his job and career at John Hancock – let there be no doubt – would be lost. Eight years of specializing in the insurance field would be for naught, his certifications revoked, and his income halted. All that he has done to rebuild his life would be decimated.

## IV.    Community Volunteering

Jeremy has volunteered at **Martin Luther King Summer Scholars Program**, through John Hancock, for the past seven summers from 2012-2018, and was featured not long ago in a "Volunteer Spotlight" article about his service (please see Exhibit C). His volunteering has real legs: In 2013, he volunteered at **Community Servings**, an organization delivering nutritionally-tailored meals to thousands of people per year across Massachusetts. These are people who are unable to shop or cook for themselves or their families due to a critical illness. These hours, like his other volunteering, had very personal meaning to Jeremy.

He began playing organized softball in the **Town of Sharon Men's Softball 30+ League** in the summer of 2016. His organizational skills were duly noted, and by the end of the summer of 2017, the league commissioner asked if he would volunteer to help plan the annual banquet. As a result of the success of the banquet, Jeremy was elected League Treasurer for the 2018 season, a sign of his trustworthiness when placed into a responsible position. During his short tenure, he has filed Articles of Incorporation for the League as a nonprofit.

Additionally, Jeremy has receipts for his total annual charitable contributions over the past six years of more than $2500. These donation were generously matched by his employer, totaling more than $5,000. His success at John Hancock has allowed him give back both time and money to the community. For example, he donates to the **Jimmy Fund** each year to sponsor **Boston Marathon** runners; and to the **Easter Seals**, **United Way**, **Boys and Girls Club of Boston**, **National Multiple Sclerosis Society**, **Best Buddies International**, **Hillel Foundation**, and **Hoyt Foundation**.

The Jimmy Fund raises money solely to support adult and pediatric cancer care and research at **Dana-Farber Cancer Institute** in Boston. The Institute, according to Jeremy, saved

his younger brother's life when he was born with a brain tumor. "Josh lived because of the good work they did. Every day, I'm grateful." (In 1996, Joshua had a "diagnosis of left hemiparesis as a result of the removal of a tumor in the right from parietal lobe in infancy.)


### V.     Joshua Fistel, Jeremy's younger brother

Joshua Fistel, age 34, remains developmentally challenged but -- like his brother, Jeremy – he is thriving. Several times a week, Jeremy provides Josh with vital companionship, going over to his mother's house where Joshua lives, eating meals with him, watching television with him – "sports and game shows, which he loves." Jeremy takes him to baseball games (to Fenway Park at least twice a year) as well as various local sporting events.

Jeremy escorts his younger brother to temple services at Young Israel of Sharon. "We go in honor of our father. And I go to stay close." This is particularly significant because it was Josh "who was the one to find him," their father fatally stricken by a heart attack in March of 2014. Joshua called 911 and was "extremely distraught" by the tragedy, according to Jeremy, and deeply saddened and "feeling alone." Mr. Edward Fistel had been pivotal to Josh's well-being and his day-to-day welfare. After his passing, it fell to Jeremy to help his brother overcome the initial shock, and it's been Jeremy who has been instrumental in helping Josh to cope with the loss, to re-group, and get on with the job of living. Never before employed, Josh was assisted by his older brother to search for job opportunities, and in the end it was Jeremy who found him his first job at Milk Street Café in Boston.

Four years after their father's passing, Josh still works in food preparation at the Kosher restaurant, managed by a family friend. It was Jeremy's persuasiveness that helped Josh to land

an interview, but it has been Josh's commitment and fortitude that has helped him to hold down the jobAs recently as December 2017, Joshua required neurosurgery ("right skull base approach for tumor resection") at Brigham and Women's Hospital for a benign tumor on his brain, and Jeremy was there before, during and after the operation. It is also Jeremy who drives his brother and mother to various medical and social service appointments.

He represents a cornerstone of security and love to his younger brother. And he is a good son.

## VI.    His Father's Passing

February of 2014 was a particularly difficult month for Jeremy, his mother, and the family: Mrs. Fistel's father passed; he had been sick for some time but it was difficult, nonetheless. Less than two weeks later, Mrs. Fistel's husband died suddenly. Jeremy was there to help his mother through the rough patch: she'd lost her husband and both her father and mother, all in the past four years, and he helped her to cope both emotionally and financially. Among other things, Jeremy filed the life insurance claims, called banks and investment brokerages, and helped her make sense of the various accounts and to manage each estate.

"This was a shock to all of us," said Jeremy. "It was so sudden. At the funeral, I never in my life cried so hard." As a result of his father's passing, many more responsibilities fell onto his shoulders. Proactively, he increased the frequency of his therapy sessions with David Poles. "I was dealing with guilt feelings," Jeremy confided, related to his legal troubles and how it adversely impacted his father's well-being. Eventually, by working with his therapist, "I realized how fortunate I was to have the time with my father that I did" and to gain closure. And

fortunately for Jeremy, he had a large and supportive group of friends and coworkers, receiving over 40 sympathy cards after his father's passing.

"For my mother, it wasn't as easy. Without me in the picture, she wouldn't have any support system and I feared for her emotional and financial stability," said Jeremy. Now he is glad that he had moved from Boston to be less than ten minutes from her and his brother: he is able to help them with all the things they need to do. He is grateful to be there, and he is grateful he has John Hancock. He is grateful he has his family and his friends who need him as much as he needs them.

Jeremy Fistel's commitment to his own redemption is only matched by his commitment to his mother, brother and family, to his social network, to all his co-workers and employer. His loyalty to all these people is a reflection of his successful rehabilitation, and the success of his pretrial supervision.

## VII.    "Regular Kid"

Jeremy's older brother, David Fistel, is a Managing Audit Director at a real estate investment company, and a no-nonsense kind of individual. He said recently, "Jeremy got caught up in selling marijuana for a couple of years in his mid-20s. After he graduated college, he began hanging out with a group of friends that would smoke pot regularly. Somewhere along the line, he decided he could buy extra and sell some pot to pay for his own use. It was a stupid decision for someone with the opportunities he had and, eventually, he realized that. So he got out. Instead, he sought legitimate opportunities and found a great one at John Hancock that he's taken full advantage of. When he stopped, that was it, it was over." Not pulling any punches, he added, "This [supervision], for the past seven years, it's been hard. I was admittedly

disappointed in his life choices for a few years there, but I couldn't be more proud of him today. He's a productive member of society with major ties in the community, a hard worker who pays his taxes. Even more so, he is an outstanding uncle to my 3 children, ages 9, 7 and 5. It's clear to me he has been doing his best coping with this long period of pre-trial supervision." He added, "The pattern consistently Jeremy has shown in being there for our mother and brother proved to me that he has learned his lesson. I can't tell you how important he has been to my mother and Joshua. I am truly indebted to him for being there. He has shouldered that burden with a loving and caring heart."

According to his older brother, when Jeremy was young, "riding around the neighborhood on his bike, he was just a regular kid. He played sports and graduated college. Like everybody else, he had friends. And now, all his friends, they're married and got their own kids. He deserves that chance."

## VIII.   Deepening His Roots

The biggest news in Jeremy's life has been that he has moved out of Boston to be less than ten minutes from his mother and brother, so he is able to help them with all the things they need to do. He is grateful that he has his family and his friends who need him as much as he needs them. He has made a long-term commitment to his family and neighborhood, living within the community of people he cares the most about and who care the most about him. "I feel good about setting down roots in the place where I grew up," keeping in close proximity to his mother and younger brother, as well as to the "many close relationships" he has with friends and with – another new development in his personal life – a significant other who also lives nearby.

10

Jeremy has expressed faith that he will be still living in the area a year from now, two years from now and beyond.  "I believe I've made amends to my community over the years, and by settling-down, aren't I making the ultimate commitment?  I have to believe this is the right thing to do now, for me, and for my family," he said.

Many years after this arrest, Jeremy is no longer required to submit to random urine tests, even as he continues to report-in online each month.  He sees his mental health counselor, helping him to cope with life's challenges, both big and small, as well as the uncertain future.

Most importantly, Jeremy has remained *engaged in the community*: "We're getting to the end of softball season, and as the League treasurer, I'm currently planning the awards banquet."  Over the summer, he was mentoring high school kids – again -- as part of the Martin Luther King Summer Scholars Program.  "It's been my seventh year doing so," he noted with pride.

These kind of activities, along with his job, his family, his girlfriend – these are the important things in life now, and that's the way he wants it.  Asked about his supervision, he said, "It's been like having a big sister watching everything you do, from over your shoulder.  Frankly, it helped me to set my priorities in my life.  It helped me to appreciate every day I have here.

"I'm looking forward to this being over, so I can fully enjoy the life I've made for myself without the uncertainty of my future in the hands of the court."

## IX.     Recommendation

From the very beginning, Jeremy has been compliant and willing to cooperate in every manner.  With remarkable success, he has been both humble and living his greatest potential,

fulfilling a promise to make amends by being a faithful son, brother, uncle, worker, and volunteer.  His efforts must be recognized by the Court by terminating his pretrial supervision now and sentencing him to "time served."  There is no reason to burden him or Probation with further supervisory requirements.  He has already successfully completed seven years of pretrial supervision.

Respectfully Submitted,



Christopher James Rushton, L.C.S.W.

Forensic Social Worker

(917) 557-3207

crushco77@gmail.com

12

EXHIBIT A-1

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

November 27, 2018

Dear Judge Matsumoto,

As I reflect back on my life, I must admit it's been a tricky thing to navigate. Growing up in the small suburban enclave of Sharon MA, I lived in a relatively sheltered environment, attending Orthodox Jewish private schools and regularly attending synagogue. Now that I again live in Sharon, MA near my mother and childhood friends, I reflect on my experiences, including those that I am proud of and those that I regret deeply.

As an undergraduate at University of Maryland, I excelled academically and pursued accounting, a field which interested me deeply and now helps me every day in my job at John Hancock. But when I graduated college, I lacked direction. It was in this context that I met Jonathan Braun, began to sell marijuana, and set off a deeply-regrettable period of my life.

Between 2007 and 2009, I sold marijuana for Jonathan Braun and was given larger amounts to sell on consignment. Through counseling work with my therapist, I've come to realize that I had turned to marijuana as an artificial way to treat an undiagnosed anxiety disorder and to ty and fit in with people I thought I wanted to be my friends. I have since found constructive methods of treating this anxiety along with having grown up and matured in general from my 20s to my 30s. The situation escalated from buying a little extra to buying large quantities and selling it, to a point where I realized it was out of control and not something I wanted to continue. In mid 2009, with the encouragement of my close friends, I paid back everything that I owed to Jonathan Braun for what he gave me on consignment and exited the business of my own volition. The relief of paying back what I owed and moving on to the next chapter of my life was one of the greatest feelings I've ever had.

In early 2010 after working temp jobs as a transition back into the workforce, I found full time employment at John Hancock, some 6 months before Jonathan Braun was arrested and 18 months before my arrest. I was sitting at my desk working when I received a call from a DEA agent in December 2011, which was a shock considering I had exited that lifestyle and had been at John Hancock for 18 months at that point. I thought I had put that terrible decision from my 20s in the rearview mirror.

From that point forward, I did everything in my power to acknowledge the mistakes I had made and to make up for them to society. I arranged for self-surrender and reported where I was told to report. I admitted my participation in the criminal activity, plead guilty, and cooperated truthfully and fully with the government. I have made significant efforts to move past this phase of my youth and build a life as a contributing member of society and a law abiding, tax-paying citizen. I'm proud of the things I've accomplished the past 10 years and have built a good life where I'm there for my friends, family and coworkers as well as being able to serve the community and help others. Any period of incarceration would destroy what I've built and prevent me from further growing my career.

After receiving the call from the DEA agent, during my period of pre-trial supervision (December 2011-April 2018), I have excelled professionally and would like to provide a timeline:

a. February 2010: began applying to staffing agencies and volunteered at Red Cross while looking for full time employment.

b. March-May 2010: worked at a temp job doing data entry for $12/hour while still applying elsewhere.

c. May 2010: began at John Hancock as a Benefit Specialist temp for $18/hr without benefits, but a steady 40 hours a week.

d. February 2011: hired full time at John Hancock as a Benefit Specialist with salary and benefits.

e. August 2012: promoted to Senior Benefit Specialist based on performance and taking on increased responsibility

f. July 2013: promoted to Business Analyst I, having completed the certification program along with associated on-the-job performance

g. April 2015: promoted to Business Analyst II based on job performance and successful completion of a large project

h. July 2015: applied, interviewed, and was hired within the company as a Product Implementation Analyst. This was a very competitive position and interview process and represented a significant boost to my career in both responsibility and compensation.

i. July 2016-present: Product Implementation Analyst. After a year in this role, I was given a significant raise to remain in the position but to take more of a leadership role on the team.

My role on my team is quite important to my career, at John Hancock, and to some extent, the effective design of Long Term Care insurance. Our firm is a leader in the growing field of offering insurance products that will protect the elderly from the financial risk of needing expensive care during their old age. As the US population ages, it is very important for these products to be available, designed properly, and marketed properly. Having started at the bottom and worked my way up, I am uniquely positioned to understand how the claims process functions and can be improved. This fundamental understanding of John Hancock's business has led to several promotions in a short period of time, and is the basis for why it is so important for me to be able to continue in this role.

Aside from my professional responsibilities, I also play a critical role in my community and my family, and both would be jeopardized by any period of incarceration. My father passed away of a sudden heart attack in March 2014, at which time I moved back to Sharon, MA to be closer to my mother and younger brother. My mother lives with and cares for my brother, Josh, now age 36, who is developmentally disabled due to a brain tumor that he was born with. He was home with our father on a daily basis and was the one who found him unresponsive, so of course it was very difficult for him to process. I would go to the house regularly for meals and to watch sports with him, which is his favorite thing to do. We also attended synagogue services together in honor of our father. Josh was not working at the time, as he is unable to drive due to his condition, but I helped him search for job opportunities and found him his current job at Milk Street Café, where he still works four and a half years later.

I've been there to help my mother, both emotionally and financially, who in the past 4 years has lost her husband, her father and her mother. Although devastated and in mourning myself over the unexpected loss of my father at age 64 as well as the only 2 grandparents I've ever known, I knew I had to step up

and take care of my mother and brother. I filed the life insurance claims, called banks and investment brokerages and helped her make sense of the various accounts and manage each estate. One of the ways I still continue to help my mother is with driving her places, especially at night, as her vision isn't what it used to be. I drive my mother and Josh to and from their doctor's appointments, which was especially critical when Josh had to have brain surgery to remove a growth that was found in his annual checkup in December 2017.

I have also tried to be an active and productive member of the community. My contributions are as follows:

- Continue to volunteer at Martin Luther King (MLK) Summer Scholars program through John Hancock each Summer from 2012-2018. John Hancock's MLK Summer Scholars program offers meaningful job experience and personal development opportunities to Boston teenagers. The program seeks to develop a future skilled workforce while adding significant value to our community today. With over 650 youth participating annually, MLK Summer Scholars is the largest, most comprehensive, corporate summer jobs program of its kind in the country. During these sessions, I consistently served to build relationships with the youth, as well as start and encourage dialogue about important topics that are connected to the goals of the MLK Summer Scholars Program. Some of these topics included branding, personal finance, health & wellness, mock United Nations assembly, and lifestyle issues facing youth. In addition to facilitating the discussions, I was asked to provide logistical support to help the program run smoothly and did so effectively. A Volunteer Spotlight article was written about my continuous service. I plan to continue volunteering in the summer of 2019 and on, potentially growing into a leadership role.

- Volunteered at Community Servings on Saturdays throughout 2013, an organization delivering nutritionally tailored meals and providing nutrition education to thousands of people per year across Massachusetts — all of whom are unable to shop or cook for themselves or their families due to a critical illness. When my father passed away and I moved back to be closer to my mom and younger brother, I discontinued this volunteer work as it became difficult logistically.

- I began playing organized softball in the Sharon Men's Softball 30+ league in the summer of 2016. I showed up to every game and got to know and socialize with other players, as the games are played at the high school in the town I grew up in and where my mother and brother still live. Then, toward the end of the summer of 2017, the commissioner asked if I wanted to volunteer to help plan the annual banquet. I called the venue and made the arrangements, ordered the food, pickup up the trophies and used the league credit card to pay the bill, as the Treasurer was unable to attend. As a result of the success of the banquet and the Treasurer retiring from the league, I was asked to step up and was elected league Treasurer for the 2018 season and am currently serving in that volunteer capacity, giving my time to the community I live in. During my short tenure so far, I've legitimized the league with the Commonwealth of Massachusetts by filing articles of incorporation for the league as a nonprofit and getting the league fully insured, which has strengthened the league's relationship with the town as well.

Finally, I have also sought help from a mental health professional who I've seen regularly since February 2012. My therapist and life coach, David Poles, has been instrumental in my growth as a person. We dug deep into the reasons behind why I made these poor decisions in the first place and helped me realize I had been self-medicating with marijuana in my younger years from an anxiety disorder. I have since been prescribed a mild antianxiety medication that helps me manage panic attacks and keep things in perspective. I now am able to turn towards more productive ways of managing when difficult life situations arise.

I am very grateful for the opportunity to be out on bond in order to grow myself professionally, personally, and become more involved in the community, as well as to prove over an extended period of years that I was not and am not a risk to be arrested or a danger of re-offending. Working hard and paying taxes allows me to sleep much better at night. On one hand, I am even grateful for the federal probation department as they have always dealt fairly and respectfully with me. On the other hand, after such an extended period of pre-trial supervision, passing over 150 urine tests, which Pretrial decided to discontinue in April 2018, reporting regularly to the 7 different supervising officers I've had over the past 7 years, house visits, inability to travel, etc have all weighed on me and prevented me from the opportunity to go to Israel with my mother to see friends and family and celebrate our heritage. I am dating a wonderful woman who lives in my community and it's going great. I fear that any period of incarceration may lead her to break up with me and she is someone I can see myself with long term.

In closing, taking me away for even a short time from my job, my family and my community would be a terrible strain on me, and on those around me. Dealing with the unknown outcome of this case and having it hanging over my head for this extended period time has been difficult, but I have taken it as a positive opportunity to improve all aspects of my life. I thank Your Honor for your time and careful consideration. I hope you will consider my petition for a non-custodial sentence as a result of my demonstrated good-faith efforts to be a productive member of society along with the remorse I feel for having engaged in illegal activities.

Sincerely,

Jeremy Fistel

EXHIBIT A-2



**Avraham Y. Ebenstein**
**Department of Environmental Economics and Management**
**The Hebrew University of Jerusalem**

Rehovot, Israel
E-mail: ebenstein@huji.ac.il

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

November 26th, 2018

Dear Judge Matsumoto:

I am writing in support of Jeremy Fistel to offer testimony to his character as a contributing member of society. Jeremy is one of my closest friends and I have known him since 2007. I met him while I was living in Cambridge doing a Post-Doc for 2 years at Harvard University. I am now a tenured Professor of Economics at a prestigious University in Israel for the past 4 years. During this period and beyond, Jeremy and I have spent countless hours together, as I visit Boston multiple times a year and correspond with him regularly. I think I can describe his character in a very well-informed way because of this, and I wanted to take this opportunity to advocate for my dear friend.

Jeremy is an honest and loyal friend, with no hint of malice or aggressiveness. He never had any intention to get involved in anything more than small-scale marijuana sales. Unfortunately, his involvement escalated after he met Jonathan Braun. It was obvious he had got in over his head, and I told him such. I remember distinctly that Jeremy was trying to disassociate himself from the situation but found it stressful and difficult to do so. During this period, however, he decided to step away from this activity entirely and pursue employment at John Hancock.

At John Hancock, Jeremy has thrived. This is no surprise to me, because he is an exceedingly intelligent person. He turned a temporary position into a permanent position and climbed the ranks of the company in an incredibly fast manner. From my frequent interaction with Jeremy, I know first-hand the role he played in streamlining claims processing for long term care insurance, and how that led to his rapid advance at the company. Note that he achieved this career rise without being able to fully access other professional opportunities because of his pending legal situation. To me, this makes his success all the more remarkable – he was given one opportunity and turned it into something spectacular. I fully expect him to have many more fruitful years at John Hancock and to continue to be given greater responsibility in his role at the firm. It would be a terrible waste for both Jeremy and John Hancock for him to experience any disruption to his very promising career in the insurance industry. As an economist, I know that this

sector of the economy is crucially important, as the US population ages. Having talented and industrious people working at important firms like John Hancock serves the national interest as well.

I also want to address his personal situation briefly. Jeremy lives in Canton, MA, and is supported by many long-time friends and is in an extremely secure environment. He treasures his friendships and is an integral member of his community. I think that if he had wanted to, he would have been able to have dozens of friends vouch for his integrity and the overall quality of his character. Further, since his father passed away, Jeremy's mother relies on Jeremy to help his brother (who has a developmental disability) and to help her as well. Jeremy's importance to the lives of his family and his friends can't be overstated, and I think it's a key part of why it is important for Jeremy to be able to continue living his emotionally and professionally productive life.

I know Jeremy and I know that he regrets deeply some decisions he made many years ago, but the person I know today is (a) completely committed to living a professionally productive life and (b) very important to his family and friends. I will have a lifelong friendship with Jeremy and I firmly believe that in his adulthood he is in no way the type of person who would make the mistakes of his youth. I gladly personally vouch for Jeremy and would be happy to participate in any way in support of him having the opportunity to continue to grow both personally and professionally and be of service to his community.

If I can provide any further information, please do not hesitate to contact me. I can be reached via email at Ebenstein@huji.ac.il or by phone at (248)997-7603.

Sincerely,

Avraham
Ebenstein

Avraham Y. Ebenstein

1

EXHIBIT A-3

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

November 27, 2018

Dear Judge Matsumoto:

I'm currently the CEO of Key Investment Group, an investment LLC that I run with my partners. I'm married with 3 young children, ages 4, 2 and a newborn. Jeremy Fistel, or "Uncle Jerry" as my children affectionately refer to him as, has been a close friend of mine since 2001 when we met at the University of Maryland. While my interest in this letter is to help my friend, I feel especially warm knowing that everything I'm writing is entirely truthful with no temptation to exaggerate the truth to prove a point.

When I started to get to know Jeremy I could tell he was bright, energetic, a pacifist, and a loyal friend who liked to have fun. Like many college kids, Jeremy enjoyed listening to relaxing music often times with a marijuana joint in hand. As weed became a quasi-expensive hobby Jeremy was selling small amounts of weed to his friends to essentially fund his own consumption. Soon after, Jeremy met Jonathan Braun who saw Jeremy as someone who could help facilitate the distribution of weed on a larger scale. I advised Jeremy against it from the beginning but the temptation to continue a more relaxing lifestyle post-college was too tempting for him to resist.

As time went on and Jeremy became more involved in the business of distributing weed, he became more nervous and unsettled by his current situation. On the one hand, he could distribute weed and pay for almost everything he wanted but on the other hand he was wasting away years of personal and professional growth and what he was doing was also illegal. Jeremy had told me numerous times during this period that no matter how he didn't want to be involved anymore, he just wasn't sure how to get out of that lifestyle.

From all this Jeremy became depressed. He gained weight, slept much of the day, and never wanted to get off the couch (so much so that he actually left a permanent dent in the middle couch cushion from being parked there so often!). He was lethargic, lifeless, and unhappy with very little social life.

Finally, one day, Jeremy had enough. He told Jonathan he was done for good and was starting a new life. I was proud of him when he told me he was quitting that lifestyle and in 2009, I vividly remember the excitement when he called me to tell me he had applied for a temp job with a staffing agency and how proud he was when he was accepted to work at John Hancock in early 2010. I couldn't have been happier to hear the news. It's ironic because he didn't even care about the money at all. As a matter of fact, I don't even think he mentioned the salary to me. He just kept saying how excited he was to have a real job and to live a normal, healthy, law-abiding life without the stresses of selling marijuana.

Jeremy hit the ground running at John Hancock. Within months he was getting raises with promotions and employee of the month honors. As the months and years went by Jeremy began participating in after-work volunteer events, donating towards John Hancock's charities, and spearheading the arrangements for social outings including weekly trivia nights with co-workers.

Jeremy continues to grow at John Hancock with the hopes of one day becoming a manager of a division and an even more integral part of the organization. He's moved back to the area where his mother and little brother live so he can be there for them, as they rely on him heavily. He's also become involved in a relationship with a nice girl, and I can honestly say I've never seen him happier. He's excited to put his past life behind him for good and continue forward in the growth of his personal and professional life.

If you'd like to discuss anything here or related to Jeremy or our friendship, please feel free to reach out any time at YRozmaryn@gmail.com or via phone at 917-576-6090.

Sincerely yours,

Yair Rozmaryn

EXHIBIT A-4

Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

November 22, 2018

Dear Judge Matsumoto,

I am currently employed as a Senior Compliance Consultant at John Hancock, and prior to my current position was a former Operations Manager. It is in this capacity that I came to know Jeremy Fistel. I interviewed Jeremy at John Hancock in May 2010 and immediately hired him to fill an open position. I was also his direct supervisor in December 2011 when Jeremy received word that he was being arrested for his involvement in marijuana sales that take place prior to meeting Jeremy. This news came as a shock to me, as I had gotten to know Jeremy for almost 2 years and only knew him as a hard worker who was very committed to performing his best. Jeremy was forthcoming with me regarding his legal situation, and I'd like to submit this letter on his behalf, as he has earned my support with his consistent record of hard work and reliability. I have had the pleasure of knowing and working alongside Jeremy for the past eight and half years. As I mentioned, he came to interview for a temporary job in early 2010. I was impressed with this attitude, his commitment to hard work, and his ability to interact well with others. I hired him that very day. At the time, Jeremy was a temporary employee earning an hourly wage and no benefits, but he expressed that his goal was prove that he was a great fit and that when a permanent job presented himself, that he would be considered. Within little time, Jeremy did earn that permanent position. My experience with him was nothing but positive. Jeremy proved his commitment to producing high quality work and exceeded in his goals. In our line of work at the time which was Long Term Care insurance claims, it was essential for our clients to receive payments for their claims in a timely manner due to the sensitive nature of the situation, being both financial and a difficult time for the families involved. In providing excellent service there were many times Jeremy received acknowledgement of praise from our clients, which we hold in high esteem at John Hancock. Jeremy established himself as a go-to person to assist other colleagues, to help solve customer problems, and to help improve the way we did business and interacted with our customers.

As mentioned, I now am a Senior Compliance Consultant at John Hancock and Jeremy has also moved on to various roles and been promoted throughout his career the past 8 years, but we have remained in contact as he has sought me out as a mentor for his career development. I personally have been pleased to see Jeremy have success at John Hancock, and that he has trusted in me to help provide advice to him when I can.

Jeremy has demonstrated that he is an asset to John Hancock, and a strong leader while in the presence of his teammates. He's demonstrated a strong record of being a productive member of the John Hancock community and has proven his loyalty to this company. In my opinion, Jeremy knows what he did was wrong and truly regrets it. I see him as extremely unlikely to re-offend and feel strongly that the person Jeremy has become is one that should continue to co-exist with this company and the rest of the public.

If you have further questions or concerns, please contact me directly via email, SApicco@jhancock.com or via phone at (617) 572-4532.

Sincerely,

Stephen Apicco

# EXHIBIT A-5

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

November 23, 2018

Dear Judge Matsumoto,

I am Jeremy's older brother. We share the same parents and grew up in the same house together and are 2 years apart in age. I am currently the Managing Audit Director at a real estate investment company where I've worked for the past 9 years. I'm writing on behalf of my brother in order to speak to his character, contribution to society, and the need for him to remain in the community to continue to do everything he does for our mother and youngest brother. Jeremy got caught up in selling marijuana for a couple of years in his mid-20s. After he graduated college, he began hanging out with a group of friends that would smoke pot regularly. Somewhere along the line he decided he could buy extra and sell some to pay for his own. It was stupid for someone with the opportunities he had and he eventually realized that and sought out legitimate opportunities and found a great one at John Hancock that he took full advantage of. When he stopped, that was it; it was over. I know both from observation and from him telling me directly that he deeply regrets his involvement with the illegal activity of marijuana sales. He confided in me that the last of his involvement was in 2009 and that deeply regretted getting involved with selling marijuana in the first place. I also have seen firsthand the anxiety that this process, for the past seven years, has caused him. The more he good things he worked for and earned in his life, the more the fear of going to jail made him fear the loss of everything he had built personally and professionally. I was admittedly disappointed in his life choices for a few years, but I couldn't be more proud of him today. He's a productive member of society with major ties in the community and a hard worker who pays his taxes. Even more so, he is an outstanding uncle to my 3 children, ages 9, 7 and 6. They love going to visit their favorite Uncle Jeremy to see what kind of presents he has for them and because he'll take the time to play with them, listen to them and really care about what's going on in their lives. The most important

contribution Jeremy makes is to our mother and youngest brother. In the past 4 years, our mother, who is 65 years old and still lives in her home, has lost her husband and both her father and mother. I don't think she would have made it through all of this without Jeremy's support, both emotionally and financially. From filing the life insurance claim, to taking her to synagogue for prayer services, to just being around for dinner a couple nights a week have made all the difference. Similarly, our youngest brother Josh, who was born with a brain tumor and is developmentally challenged, continues to benefit from having Jeremy around. Josh lives with our mother and can not drive due to his condition. After our father's heart attack, Jeremy helped Josh find a job and he still works there 4 years later. Additionally, Jeremy provides Josh companionship, whether it's coming for dinner and to watch a game or taking Josh to Fenway Park, where he loves watching his Red Sox play. The pattern of consistently Jeremy has shown in being there for our mother and brother proves to me that Jeremy has learned his lesson and is needed both in the community and at home. I ask that you kindly take this into consideration in regards to Jeremy's sentencing.


Sincerely,

David Fistel, CPA
95 Harborview West | Lawrence, NY 11559
C: (516) 659-7724
dfistel@timeequities.com

EXHIBIT A-6

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

November 22, 2018

Dear Judge Matsumoto,

I currently serve as a campus Rabbi at the University of Maryland, Baltimore County
(UMBC) as well as the Executive Director of UMBC Hillel and am writing to you on
behalf of Jeremy Fistel. Jeremy and I have been friends since our undergraduate
experience together at the University of Maryland, College Park and have stayed in
touch with him since. We met at UMD Hillel where we attended religious services,
explored our Jewish identity and most importantly enjoyed the Kosher meal plan
together.

Throughout our college experience Jeremy was involved with fostering Jewish
community on campus through Hillel and continued to do so post college. While we
were both living in the Boston area during my time as a graduate student in Rabbinical
school, we would participate together in local young adult Jewish programs, many of
which were social justice oriented. Annually we would deliver packages of basic supplies
to homeless folks in commemoration of the Jewish holiday of Purim.

I have always known Jeremy to be a warm and authentic individual who has always
cared deeply about family and friends. Throughout our friendship I have gotten to know
his family and have seen firsthand the warmth of interaction and love that he shares
with his family.  There have been many times that Jeremy has chosen to spend time with
and care for his brother, who lives with developmental disabilities over going out with
friends or other activities. The care he has for his brother and mother especially came
through a number of years ago when his father suddenly passed away 2 weeks after his
grandfather passed away and Jeremy chose to move back to the area where his mother
and younger brother live to support them. Additionally, he has taken on a leadership
role in his local Jewish community in honor and memory of his father.

In conversations over the past 9 years, Jeremy has expressed regret about the choices,
he has made that brought him to this position in life. He does not have a violent bone in
his body and he has never wanted to cause anyone harm. We have discussed at length
the choices he made, and I believe he recognizes that they were made in a vacuum of
selfish interest for which he feels deep remorse. If he were to be imprisoned, it would
deal a great blow to his family as he has become a stabilizing factor in their life since his
father tragically passed. I also know that he is in a committed relationship with a
wonderful person that brings him much joy and stability in addition to successfully
pursuing a career in financial services with the John Hancock group, where he has been
for the past 8 ½ years.

In conclusion Jeremy has shown through reflection that he understands how his past choices have negatively affected his life and relationships and regrets the hurt these choices have caused. He has proven he is able to hold a job, commit to a relationship and has become an integral member of his family by providing much needed stability and support. For any one of these aspects of Jeremy's life to lose his presence would be a devastating experience, most importantly the care he gives his brother, mother, and his nieces and nephews in place of his father.

Please feel free to contact me if I can provide anything further at JFierstien@gmail.com or by phone at (908) 770-5695

Sincerely,

Rabbi Jeremy Fierstien
Executive Director UMBC Hillel

EXHIBIT B



### Fistel, Jeremy A

Product Implementation Analyst
Manager: Carla L Burke (91329)

Evaluated By: Carla L Burke (91329)

### 2018 Mid-Year Performance Review

Organization: US, Usins Life (Carla L Burke (91329))
Location: Boston, MA Clarendon Building (197 Clarendon Street)
01/01/2018 - 12/31/2018

## Overall

### Manager Overall Evaluation

Comment:    Jeremy has done a great job thus far overseeing the Inforce Manager expansion pilot, the LifeTrack program, the LTC Rider reprice, the Term repricings (keeping all the 3rd Party Quoting Tools up-to-date),and several Vitality related initiatives.  We are hoping to add " Agent Compensation Expert" to his many talents by bringing him into some other projects.  Jeremy has a "can do" attitude and is always willing to help out where he can.

### Employee Overall Evaluation

Comment:

## Acknowledgement

### Manager

Entered by:                                          Date:
Status:
Comment:

### Employee

Entered by:    Jeremy A Fistel (49317)         Date:    07/24/2018
Status:        Complete
Comment:       I look forward to continuing to do excellent work and adding value wherever I can for this great manager on this awesome team!

## Goals

### Development/Career Goals

1) Continue to identify and ask the right questions to learn more deeply about John Hancock's product portfolio, each product's fit in the market place, and the illustration system, including exception software and when to use it
2) Continue to demonstrate strong work ethic, a "can-do" attitude and dedication to "getting it right" in order to earn the level of trust required in order to effectively engage colleagues across multiple functional areas
3) Continue to focus on social awareness, specifically in meetings, by listening and gauging the reactions of the participants; focus on facilitation and do more listening
4) Work with my manager to identify and define career direction as well as the necessary steps to get to where I want to go

Due Date:    12/31/2018      Status:    In Progress      Completion Date:

Category:    Business Goal
Weight:      10

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: | Comment: I believe I have continued to demonstrate the strong work ethic and "can-do" attitude that is the fabric of the Product Management Dept. I have been quick to take on all assignments from Vitality Compensation, Inforce Manager pilot, implementing new riders, owning 3rd party quoting tool management for Term and taking ownership along with my fellow implementation analysts of the UAT test plans and coordination of the Boston machine as a few examples. |

## Leadership

1) Influence collaboration within other business areas during implementations (ex. Active UAT for LifeTrack within Ops and IS)
2) Act as source of knowledge for LifeTrack, Vitality, and Illustrations clarification both to Ops and Distribution colleagues, providing training / refreshers where management sees fit
3) Continue to build on established trust and rapport with all stakeholders in order to increase efficiency, effectiveness, collaboration and problem-solving capabilities related to both LifeTrack and all other department and company initiatives, as assigned.
4) Teach Ops Consultants day to day review of LifeTrack communications for transition of ownership to the operation
5) Act as a leader on the Product Implementation team, coaching new hires on best practices, systems, and processes

Due Date:  12/31/2018     Status:  In Progress     Completion Date:

Category:  Business Goal, Leadership Goal

Weight:  10

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: | Comment: Collaboration within other business areas during implementations - as well as within Product - is a key function of the implementation analyst role.  I feel my work as well as the feedback of others speaks more strongly to my efforts here than anything I could say.  I will just note that I truly enjoy working with my teammates, coworkers and customers, and have enjoyed the Producer-facing aspect of the Inforce Manager pilot as well! |

## LIFETRACK

1) **Complete implementation of LifeTrack 1.0 & 2.0; assure all defects are identified and resolved quickly**
2) Continue the expansion of Lifetrack to the remaining products in our portfolio, including new iterations of LifeTrack products
3) Manage and update LifeTrack Product Specs to include all 2018 LifeTrack initiatives
4) Lead UAT for all LifeTrack releases and reuse established test strategy for subsequent releases
5) Continue to become increasingly effective as the lead liaison between Product Management and IS for all issues relating to LifeTrack implementation
6) Work with Product Managers on the creation of new templates and lead the development of all template variations

7) Lead the collaborative effort with IS & Distribution to implement the next generation Lifetrack protoytpe
8) Provide customer experience stories to JJ and the Product Managers to support idea generation
9) Establish and maintain effective LifeTrack feedback loops with distribution

Due Date:   12/31/2018    Status:   In Progress    Completion Date:

Category:   Business Goal

Weight:     40

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: | Comment: I am still considered the go-to person with questions about LifeTrack and Vitality from across the organization.  I get questions from everywhere and am always ready to provide answers.  I spend the time reading the weekly feedback JJ forwards to look for anything I can help with involving LT, Vitality, IFM, etc.  I feel I've built trust if others through demonstrated success. |

## Product Implementation

1) Provide continuous support to the Product Managers by taking over and owning various aspects of their responsibilities related to product implementation
2) Ensure that project scope and specs are defined in a way that complements the capabilities of affected IS systems
3) Work closely with IS to assure that technical implementation of each product initiative meets the business requirements
4) Support UAT for all Illustration releases; creating and executing test plans and strategy
5) Participate in problem-solving discussions and brainstorming sessions regarding expansion of Vitality and LifeTrack utilization
6) Act as key Product Implementation resource for all LifeTrack, Term, Vitality, UPR, Critical Illness Rider and LTC Rider initiatives
7) Act as de facto Product Manager for any "smaller" initiatives that involve the implementation of product features or adjacent systems, but not necessarily a new product, such as Inforce Manager and LifeTrack on old PUL launch

Due Date:   12/31/2018    Status:   In Progress    Completion Date:

Category:   Business Goal

Weight:     40

| Manager Evaluation | Employee Evaluation |
|---|---|
| Comment: | Comment: Again, my performance is better commented on by colleagues such as Jennifer White, who I worked on both CIB and LTC Riders with.  In terms of taking over and owning various aspects of their responsibilities related to product implementation, this is no more clear than with the ever-growing 3rd party quoting tools.  I completely own the compilation, emailing, testing, etc of the rates for each reprice and also worked on getting the messaging and risk class determination questions accurate.  I owned the Inforce Manager pilot, and although we identified |

risks, I feel we are better off for having done
the pilot.  The LifeTrack on old PUL launch,
which I managed, went off without a hitch!

## Development Items

Section Summary

### Manager Evaluation

Comment:

### Employee Evaluation

Comment:

# EXHIBIT C

**John Hancock Financial Services**

601 Congress Street
13th Floor
Boston, Massachusetts 02210-2805

(617) 663-4763
Fax: (617) 663-4580
mremondini@jhancock.com

*John Hancock*
the future is yours

Mauryanne Remondini
Senior Director
Corporate Responsibility

September 14, 2018

To Whom It May Concern:

The purpose of this letter is to confirm that Jeremy Fistel has performed voluntary community service hours as a Table Facilitator mentoring kids in John Hancock's Martin Luther King Summer Scholars Program.

John Hancock's MLK Summer Scholars program offers meaningful job experience and personal development opportunities to Boston teenagers. The program seeks to develop a future skilled workforce while adding significant value to our community today. With over 650 youth participating annually, MLK Summer Scholars is the largest, most comprehensive, corporate summer jobs program of its kind in the country.

John Hancock invests over $1M in the MLK Summer Scholars program and we partner with the City of Boston, The Boston Globe, Boston University and Partners Healthcare. In addition to dollars, one of John Hancock's greatest assets is our employees. Each week during the summer, MLK SS program hosts a workshop for 650 youth in our program, we need 65 table hosts each week and John Hancock employees fill over half of those positions!

Below you will find listed the dates and times of Jeremy Fistel's participation, as well as the specific tasks functions:

Monday, 6/4/18 2:30-5:00 PM: MLK Scholars Program Workshop - Training

Friday, 7/13/18 8:00-12:00 PM: MLK Scholars Program Workshop

Friday, 7/27/18 8:00-12:00 PM: MLK Scholars Program Workshop

Friday, 8/10/18 8:00-12:00 PM: MLK Scholars Program Workshop

Friday, 8/17/18 8:00-12:00 PM: MLK Scholars Program Workshop

During these sessions, Mr. Fistel consistently served to build relationships with the youth, as well as start and encourage dialogue about important topics that are connected to the goals of the MLK Summer Scholars Program. Some of these topics included personal finance, health & wellness, the future of Boston, and lifestyle issues facing youth. In addition to facilitating the discussions, Mr. Fistel provided logistical support to help the program run smoothly. For many of these inner-city youth, their home life does not necessarily provide them with role model adults who are consistently there to support them and provide them experience and wisdom. Mr. Fistel made the commitment to be there every session and mentor the same table of youth. This goes a long way to getting them excited about the program and engaged in the discussions. Additionally, Mr. Fistel has become a veteran volunteer and has effectively coached other volunteers.

As you can see, the number of hours of community service performed by Jeremy Fistel was 18.5. If you have any questions about the service performed by Mr. Fistel, please contact me at MRemondini@jhancock.com or (617) 663-4763.

Sincerely,

*Mauryanne Remondini*

https://mail.yahoo.com/#9790525449

# Why We Do What We Do

## Volunteer Spotlight

**Meet Jeremy Fistel, a Product Implementation Analyst for US Insurance Product Development**



**Q: You've volunteered with MLK Scholars for six years now. What motivates you to come back each year?**

**JF:** *I liked that it was a continuous program with multiple sessions, as opposed to a one-off volunteer opportunity. This sort of program provides the ability to influence the kids on topics such as personal finance, for example, as they're going through high school and starting to get jobs and thinking about what's next, and I'm able to share what I learned along the way with them. As a facilitator, I sat at the same table with the same kids every week – not everyone in the program has someone who always shows up for them. At first you're a stranger from John Hancock, and there's a disconnect based on age alone, but once they see you continue to show up again and again, it gets them to open up more and I find this to be more impactful than some of the one-off volunteer opportunities I've participated in.*

**Q: What's something you've learned from working with high school students?**

**JF:** *First off, I'm very impressed by these kids and the fact that for the most part, they really want to be there and understand that it's a great opportunity and a cool thing to be a part of. They're also very into what they're doing and outspoken about their organizations and communities. They're not afraid to speak up and share their feelings. There's also a lot of energy and excitement; the kids are passionate about their causes and where they work – whether it's dance, music, art, social issues – they care about their communities and want to better them.*

**Q: What's one piece of advice you'd give to a new MLK Scholar volunteer?**

**JF:** *Get involved, stay involved. Show up and show up again. You'll build trust and the kids will open up and be honest with you; they'll start to share their thoughts and experiences and you'll learn as much from them as they will from you. It's about showing up and listening.*

### Helpful Links

- Log your volunteer hours here
- Request a matching gift
- Take advantage of employee discounts
- Learn more about our CR programs

### Contact Us!

Do you have a volunteer story or opportunity you want to see featured? Know of a volunteer who has gone above and beyond? Have suggestions for nonprofit partners or opportunities? Let us know! Reach out to us via corporateresponsibility@jhancock.com or our Yammer page.

# EXHIBIT D

...

# COMMUNITY SERVINGS

DELIVERING MEALS, DELIVERING HOPE



Joan H. Parker Building
18 Marbury Terrace
Jamaica Plain, MA 02130

T   617.522.7777
F   617.522.7770
W  servings.org

**BOARD OF DIRECTORS**

Karen Bressler, *Chair*
Catherine R. Matthews, *Vice Chair*
Sian McAlpin, *Treasurer*
Fredi Shonkoff, *Secretary*
Mary-Catherine Deibel
Corby Kummer
Ellen Kurz
Michela Larson
Christopher M. Mayer
John R. Milligan
Diane B. Moes
Nancy E. Norman, MD, MPH
Tristram Oakley
Helen Rasmussen
Doreen Rigby
Steven J. Rioff
Charles Roussel
Michelle Shell
Gary H. Sherr
Adam Sholley
Sandra Sims-Williams

David B. Waters, *CEO*

February 5, 2014

To Whom It May Concern:

Jeremy is a volunteer with Community Servings and has completed 45.5 hours of community service as of the above date.

Community Servings is a not-for-profit food and nutrition program providing services throughout Massachusetts to individuals and families living with critical and chronic illnesses. We give our client their dependent families and caregivers appealing, nutritious meals and send the message to those in greatest need that someone cares. Our goals are to help our clients maintain their health and dignity and preserve the integrity of their families through free, culturally appropriate, home-delivered meals, nutrition education and other community programs.

We depend on volunteers like Jeremy every day to help prepare and deliver meals to our 850 clients. We cannot do this great work without the continued support of volunteers like him.

If you have any further questions regarding this matter, please feel free to contact me at the number listed on the letterhead.

Sincerely,

*Malissa T. Harmon*

Malissa T. Harmon
Volunteer Management Coordinator



CHARITY NAVIGATOR
★★★★
Four Star Charity

EXHIBIT E

**DAVID M. POLES LMHC, CRC, LADC1**
**NEWTON COUNSELING CENTER**
**10 LANGLEY ROAD, SUITE 200**
**NEWTON CENTRE, MA 02459**
**TELEPHONE # 617-981-1186**
**FAX # 617-332-7863**
**NEWTONCOUNSELINGCENTER.ORG**
DAVID@NEWTONCOUNSELINGCENTER.ORG

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

12/5/18

Dear Judge Matsumoto:

I have written this letter with thoughts regarding my work with Jeremy and his psychological health. Jeremy has made great strides in the seven years we have worked together. He has grown personally and professionally and exhibited having both insight about past mistakes and motivation about being a productive member of society. During our sessions, we have worked on maintaining the positive things he has going on in his life as well as any particular situations that arise.

Jeremy, throughout our work, has committed to his career focus and development at John Hancock. He also shares his performance reviews from John Hancock with me twice a year when he gets them, and they have been exceedingly positive and exhibit his strong work ethic and commitment to his career development.

Jeremy values closeness with his family. A few years ago, both Jeremy's father and grandfather died, and we were able to process these losses leaving me to believe that Jeremy was healing. He has been open about his thoughts and feelings on both personal and professional relationships and has expressed a closeness with his mother, brothers and nieces and nephews in New York. Jeremy has tried to be supportive of both his mother and disabled younger brother, especially since the death of their father. Jeremy is a loving uncle to his nieces and nephews.

Jeremy, during our work has tried to have meaningful and respectful relationships with women. It has been challenging however, as due to his legal situation, Jeremy has been reticent to sharing this with those he has dated, for fear of being judged base upon his past rather than he

1

is today and has been for some years now.

Jeremy has been understandably anxious at times about this legal situation and potential outcome as well as having to continuously deal with probation and the court system for the past 6 years. His treatment plan focuses on maintenance as well as avoiding and dealing with the anxiety he has been diagnosed with.

I have been impressed with Jeremy's overall personal growth. He has worked hard to become financially stable. He has also shown an admirable desire to be there for his mother and younger brother and has moved back to the community where he grew up and where his mother and brother live so he can walk the talk.

Throughout our work, Jeremy has done community Service both through Hancock and on his own at MLK Scholars, Community Servings food prep, and volunteering as treasurer in his softball league.  He has also expressed that he takes pride in being able to donate to charities such as the Jimmy Fund, which saved his younger brother's life, and that Hancock matches these donations dollar for dollar.

Jeremy has also demonstrated having a consistent desire to live a healthy and meaningful life - engaging in community activities, working out, making friendships based on positive mutual interests. I am pleased with Jeremy's progress overall and strongly recommend that he remain in the community and not incarcerated. He has added much value as a citizen, as my professional opinion is that he is extremely unlikely to re-offend.

If you have any questions regarding this report, please do not hesitate to call me.

Sincerely,

David Poles

David Poles

2