

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RAB
F. #2025R00212

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 7, 2025

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Jonathan Braun
               Docket No. 10-CR-433 (KAM)

Dear Judge Matsumoto:

      The government respectfully requests that the Court enter the enclosed Stipulation and Order pertaining to sensitive discovery material.  The government has conferred with defense counsel and the parties have stipulated and agreed to the terms of the order.

                      Respectfully submitted,

                      JOHN J. DURHAM
                      United States Attorney

            By:       /s/
                      Tanya Hajjar
                      Rachel A. Bennek
                      Assistant U.S. Attorneys
                      (718) 254-6140

cc:    Clerk of Court (KAM) (by ECF)
        Katheryn Wozencroft, Esq. (by ECF)