# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

April 10, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re:    *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

The defense intends to admit the following exhibits at the hearing.

Defense A – Photograph of Jonathan Braun

Defense B – Surveillance Video from Mt. Sinai Hospital in Nassau County [Govt Bates 219]

Defense C – Surveillance Video from Mt. Sinai Hospital in Nassau County [Govt Bates 220]

Thank you for your time and consideration.

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
 (347) 802-7800

cc:    AUSA Tanya Hajjar
       AUSA Rachel Bennek