**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 12, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

        Re:    *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

      The defense intends to admit the following additional exhibit at Thursday's hearing.

      Defense D – Body worn camera footage dated February 15, 2025.

      Thank you for your time and consideration.

                              Respectfully Submitted,

                              *Kathryn Wozencroft*
                              Kathryn Wozencroft
                              Assistant Federal Defender
                               (347) 802-7800

cc:    AUSA Tanya Hajjar
        AUSA Rachel Bennek