**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

September 12, 2025

**Via ECF and Email**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

    Re:    *United States v. Jonathan Braun, 10- cr-433 (KAM)*

Dear Judge Matsumoto:

    I write to request an adjournment of sentencing on the violation of supervised release in this matter, currently scheduled for October 9, 2025. I need additional time to collect and review medical records which are pertinent to the defense's sentencing argument. Based on discussions I have had with Mr. Braun's health providers, I believe I will be able to submit my memorandum and all attachments by October 24, 2025. I have conferred with the government; they consent to this request and have stated they can file their submission by October 31, 2025. Both parties are available for sentencing from November 3-14, 2025, with the government's preference for the week of November 3, if possible.

    Thank you for your time and consideration.

Respectfully Submitted,

*Kathryn Wozencroft*

Kathryn Wozencroft
Assistant Federal Defender
(347) 802-7800

cc:    AUSA Tanya Hajjar
       AUSA Rachel Bennek