

10/20/2025

**Dear Honorable Judge Kiyo A. Matsumuto**

United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

My name is Rabbi Chaim Pollack, and I am an ordained Rabbi who has been counseling Mr. Jonathan Braun twice a week while he has been incarcerated at the Metropolitan Detention Center (MDC). Over the course of our time together, I have come to know him well. Mr. Braun has consistently expressed genuine remorse for his past actions and a sincere desire to rebuild his life and reunite with his wife and children, who depend on him deeply.

As someone who has personally overcome significant challenges—including addiction and the difficult process of rehabilitation—I speak from experience when I say that healing and growth often come through treatment, counseling, and guidance rather than incarceration. I believe that continued therapy and rehabilitation would be far more effective for Mr. Braun's long-term recovery and reintegration into society.

In my professional judgment, Mr. Braun has demonstrated the capacity for change and a strong commitment to becoming a positive influence in his family and community. I have observed his dedication as a father and his determination to become someone his family can be proud of.

I will continue to support Mr. Braun moving forward, including after he leaves the MDC.

Thank you for your time and consideration.

**Rabbi Chaim Pollack**

