



October 12, 2025

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jonathan Braun – Sentencing on Probation Violation

Dear Judge Matsumoto,

I write to you not as the psychologist and forensic expert that I am, but as Jonathan's brother-in-law and as someone who has known him closely for nearly eighteen years. He is not just a family member but a person whose heart, generosity, and devotion to those he loves have left a lasting impression on me and so many others.

I am aware that Jonathan is before you again, and I do not take that lightly. I know he has made mistakes and that the Court must take those seriously. But I also know the man behind the headlines—the devoted husband, the loving father of three beautiful children, the deeply caring son and brother, and the person who so often puts others before himself. I hope you will allow me to share a bit of that side of him, because it is the side that rarely appears in legal filings or public accounts. I know this both personally and through my professional experience working with the courts in Cleveland, Ohio.

Jonathan is, first and foremost, a family man. His wife and children are his world. I have seen how present and involved he is with his kids—helping with schoolwork, being there for every milestone, and instilling in them strong, traditional Jewish values. They look up to him in every way, and I can honestly say that his family's well-being depends deeply on his presence and guidance. The thought of his children being without their father again is heartbreaking.

He is also a devoted member of his community and a man of faith. Jonathan takes his Judaism seriously—not just in ritual, but in action. He gives to charity, helps those in need, and looks for ways to make a difference without seeking recognition. His generosity has supported countless people over the years, often behind the scenes. That instinct to give and to care is a defining part of who he is.

I know Jonathan has struggled, with substance use, mental health, and the law, and that this Court must decide how to respond to those struggles. My hope is simply that, in weighing his future, the Court can take into account the many positive parts of his life—the love he gives to his family, the faith and values that guide him, and what I believe to be his genuine desire to do better. I truly believe he has the capacity to continue growing and to contribute meaningfully to his family and community if given the chance.

Your Honor, I have deep respect for the seriousness of this process, and I do not write to excuse anything. I know professionally the weight with which Your Honor approaches this decision, and I write only to ask for mercy and understanding. Jonathan has so much good in him, and I believe he still has the opportunity to use that good to make amends and move forward in a positive direction—for himself, his family, and his community.

Thank you for taking the time to read this letter and for considering my perspective. I know that the Court's decisions carry great weight and consequence, and I deeply appreciate the care and fairness you bring to this difficult responsibility.

Respectfully,

Benjamin L. Miller, Ph.D.
Licensed Clinical Psychologist
Director, Psychology Partners of Ohio, LTD